UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SANTIAGO ABREU, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case Number: 15-cv-10437 |
| SAKS & COMPANY, LLC | ) ) Judge James B. Zagel |
| Defendant. | ) ) |

## STIPULATED ORDER DISMISSING ACTION WITH PREJUDICE AND WITHOUT COSTS OR FEES TO EITHER PARTY

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, SANTIAGO ABREU, and Defendant, SAKS & COMPANY, LLC, stipulate, and the parties agree to dismiss this case, with prejudice, both sides to bear their own fees and costs. Therefore, the parties respectfully request this Honorable Court dismiss this case, with prejudice, both parties to bear their own fees and costs.

**WEISS LAW GROUP, P.A.**
*Attorneys for Plaintiff*
5531 N. University Dr.
Suite 103
Coral Springs, FL 33067
Tel: (954) 573-2800
Fax: (954) 573-2798

BY:   /s/ Jason S. Weiss
      Jason S. Weiss
      Jason@jswlawyer.com
      Florida Bar No. 356890

By: /s/ Brenna M. Woodley
Sarah M. Konsky (ARDC # 6283286)
skonsky@sidley.com
Brenna M. Woodley (ARDC # 6242530)
bwoodley@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, Illinois 60603
Phone: (312) 853-7000
Facsimile: (312) 853-7036

Counsel For Defendant,
Saks & Company LLC